FILED

AUG 19 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ERNIE VASQUEZ,

        Petitioner,

        v.

MATTHEW MARTEL, WARDEN,

        Respondent.

Case No.   CV 09-5181-SVW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 17, 2011

Stephen V. Wilson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY